```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :  ORDER
            -v.-                     :
                                     :
NICHOLAS RUSSELL JAMES GILLIE,       :  21 Cr. 189
    a/k/a "James William Carter,"    :
NEOPHYTOS GEORGIOU,                  :
    a/k/a "Nick,"                    :
    a/k/a "PT,"                      :
    a/k/a "The Boss,"                :
URS MEISTERHANS,                     :
SCOTT STEVEN NEILSON,                :
LIAM JAMES SMOUT,                    :
    a/k/a "Pringle,"                 :
DANIEL NIELSEN,                      :
BRENDA LAVERTY,                      :
ANDREW GEORGIOU,                     :
    a/k/a "Andy,"                    :
THOMAS ANDREW KENNY,                 :
    a/k/a "Irish," and               :
JAKE MARDELL,                        :
                                     :
            Defendants.              :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Micah F. Fergenson;

It is found that the Indictment and Superseding Indictments in the above-captioned action – 21 Cr. 189, S1 21 Cr. 189, S2 21 Cr. 189, S3 21 Cr. 189, S4 21 Cr. 189, S5 21 Cr. 189, S6 21 Cr. 189, S8 21 Cr. 189, and S9 21 Cr. 189 – are currently sealed and the United States Attorney's Office has applied to have those Indictments unsealed, and it is therefore

ORDERED that the referenced Indictment and Superseding Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Courte.

Dated:   New York, New York
         October 26, 2021

                                        _____
                                        HONORABLE BARBARA MOSES
                                        UNITED STATES MAGISTRATE JUDGE