

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2022

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Liam Smout*, **21 Cr. 189 (JPO)**

Dear Judge Oetken:

This case is currently scheduled for a court conference on December 21, 2022. The parties are continuing to engage in plea discussions and jointly request that the conference be adjourned until January 27, 2023 at 2:30 PM. The parties also jointly request that the Court exclude time under the Speedy Trial Act until the rescheduled conference date. The requested exclusion of time is in the interests of justice because it will enable the parties to continue plea discussions in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:_____
Andrew Jones and Micah Fergenson
Assistant United States Attorneys
(212) 637-2249 / 2190