**Donald D. duBoulay**                                             305 Broadway, Suite 602
  Attorney at Law                                                      New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

                                                                              September 15, 2025

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Nicholas Gillie
      21 Cr. 189 (JPO)

Dear Judge Oetken:

       I write to respectfully request that Carmeta Alberus, the court appointed Mitigation expert be permitted to file an interim Voucher in this case. Ms. Alberus has spent considerable time assisting me in preparation for the upcoming sentencing in this matter.

       Thank you for your consideration of this request.

                                                         Regards,
                                                         /s/

Granted.
So ordered:
9/18/2025

                                                    Donald duBoulay, Esq.

_____
J. PAUL OETKEN
United States District Judge